**UNITED STATES DISTRICT COURT**
**Northern District of Illinois**
**219 South Dearborn Street**
**Chicago, Illinois 60604**

**Thomas G. Bruton**
**Clerk**

**(312) 435-5670**

# Transfer of Criminal Case

10/25/2024

USDC Central District of California

Case Title: USA v. Grant

Northern District of Illinois Case No.: 1:24-cr-00500 Other Court's Case No.: 2:24-cr-621-MRA

Dear Sir/Madam:

Enclosed please find a certified copy of the docket sheet and documents being transferred to your court pursuant to:

**F.R.CR.P 5:** ☐ In ☒ Out

☒ Order.
☒ Commitment Order.
☐ Bond Transfer.
☐ Order Setting Conditions of Release.
☐ Appearance bond.
☐ Financial Affidavit.

**18 U.S.C § 3605 Transfer of Jurisdiction Probation 22** ☐ In ☐ Out

☐ Certified copy of the Probation 22 form.
☐ Indictment.
☐ Information.
☐ Superseding Indictment.
☐ Superseding Information.
☐ Sentencing Order.
☐ Amended Sentencing Order.
☐ Rule 12B form.

☐ Email us a certified copy of the charging instrument, judgment, signed Probation 22 form and the docket sheet.

☐ **F.R.Cr.P. 20** ☐ **F.R.Cr.P. 21** ☐ In ☐ Out

☐ Indictment.

☐ Information.

☐ Superseding Indictment.

☐ Superseding Information.

☐ Sentencing Order.

☐ Consent to Transfer Jurisdiction.

Sincerely,
Thomas G. Bruton, Clerk of Court

By: /s/A. Ellis
Deputy Clerk

---

TO BE COMPLETED BY THE RECEIVING DISTRICT

Please acknowledge receipt via email to: docketing_ilnd@ilnd.uscourts.gov

Date:

Clerk, U.S. District Court
By:
Deputy Clerk